

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00087-CV

Glenn **SAMUELS**,
Appellant

v.

**BEXAR COUNTY SHERIFF-NARCOTICS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI08343
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: May 28, 2025

DISMISSED FOR WANT OF JURISDICTION

Appellant, acting *pro se*, filed a notice of appeal stating his intent to appeal an October 25, 2025 order concerning a default judgment. The clerk's record contains only what appears to be a "judge's note" filed on that date. "This court, however, has expressly held a judge's handwritten notes are for his or her own convenience and form no part of the record." *Vo v. Vo*, No. 04-18-00194-CV, 2018 WL 5808303, at *1 (Tex. App.—San Antonio Nov. 7, 2018, no pet.) (mem. op.) (citation and internal quotation marks omitted).

Generally, unless authorized by statute, "an appeal may be taken only from a final judgment." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Moreover, the appellate record does not contain a signed, written order. *See Farmer v. Ben E. Keith Co.,* 907 S.W.2d 495, 496 (Tex. 1995) ("The appellate timetable *does not* commence to run other than by a signed, written order, even when the signing of such an order is purely ministerial") (emphasis in original); TEX. R. APP. P. 26.1 (starting appellate timetable from the date the judgment is signed).

On March 28, 2025, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant's response, filed on March 31, 2025, does not explain how this court has appellate jurisdiction.

The lack of a signed written judgment deprives this court of appellate jurisdiction. Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3; *Lehmann v. Har-Con Corp.*, 39 S.W.3d at 195; *Ben E. Keith Co.,* 907 S.W.2d at 496.

PER CURIAM